```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| LAWRENCE CARTER, JR.,   : | |
| : | |
| Plaintiff,   : | Civil No. 12-3045 (RMB) |
| : | |
| v.   : | |
| : | |
| ANTHONY GLENN ABRAMS, et al., : | ORDER |
| : | |
| Defendants.   : | |

The Court having considered Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and file the Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the Complaint to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A; and for the reasons set forth in the opinion filed herewith;

It is on this **8th** day of **February** **2013**,

**ORDERED** that Plaintiff may proceed *in forma pauperis* without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this order by regular mail on the Attorney General of the State of New Jersey, and on the warden of the Camden County Correctional Facility; and it is further

**ORDERED** that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

**ORDERED** that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

**ORDERED** that the Complaint is hereby DISMISSED, without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted; Plaintiff may file a motion to reopen this case, within forty-five days, along with an Amended Complaint, if he is able to cure the deficiencies of his Complaint as set forth in the Opinion; and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

s/Renée Marie Bumb<br>
RENÉE MARIE BUMB<br>
United States District Judge